IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:24-cr-00764-BHH-2 |
| | ) | |
| vs. | ) | |
| | ) | |
| **IBRAHIM FATHY SHEDID** | ) | |
| | ) | |

**DEFENDANT IBRAHIM FATHY SHEDID'S RESPONSE
TO THE GOVERNMENT'S SENTENCING MEMORANDUM**

The Defendant, Ibrahim Fathy Shedid, by and through his undersigned counsel, joins in his co-defendant, Ahmed Fathy Shedid's, Response to the Government's Sentencing Memorandum filed by counsel on March 3, 2025, as Document 60 in the above-captioned matter.

Respectfully submitted,

THURMOND KIRCHNER & TIMBES, P.A.

| | |
|---|---|
| *s/Johnny J. Evans, Jr.* | s/ *Paul R. Thurmond*_____ |
| Johnny J. Evans, Jr. | Paul R. Thurmond |
| Federal Bar No.: 12431 | Federal Bar No.: 9470 |
| 110 North Main Street | 15 Middle Atlantic Wharf |
| Summerville, SC 29483 | Charleston, SC 29401 |
| Phone: 843.900.4868 | Phone: 843.937.8000 |
| Fax: 843.900.4869 | Fax: 843.937.4200 |
| Email: jj@tktlawyers.com | Email: paul@tktlawyers.com |

***Attorneys for the Defendant Ibrahim F. Shedid***