**Marshall Allyn White, MD**
*Board Certified Neurologist*
*Certified Brain Injury Specialist*

**Date: 3 March 2025**
**Patient Name: Shedid Fathy Shedid**

## Record Review & Opinion

Shedid Fathy Shedid is a 34-year-old male patient who experienced symptoms of double vision and difficulty walking in late 2016. He sought medical attention and was eventually diagnosed with multiple sclerosis. He started out with one minor lesion in the brain, and it was not clear at that time that the diagnosis was multiple sclerosis. Over the past nine years he's had a progression of his symptoms such that he has developed lesions in the periventricular white matter of the brain, the brain stem, and the spinal cord. The diagnosis of multiple sclerosis was established and initially it was felt that he was having remitting and relapsing multiple sclerosis. However, over the years his symptoms became more progressive. MS is a disease process that can be much more severe in young males and his clinical course appears to follow that of a more severe case.

I am a Board Certified Neurologist practicing in South Carolina with 35 years of experience. I have an active South Carolina Medical License and routinely treat patients with multiple sclerosis in the course of my clinical practice.

I had an opportunity to review the records of Mr. Shedid and conducted an interview on the 3rd of March 2025. I have an extensive number of medical records from the Medical University of South Carolina following his clinical progression over the years. These records include copies of imaging performed which confirmed the presence of multiple sclerosis.

Mr. Shedid's vision has deteriorated over the years to the point where he demonstrates visual changes which include, but are not limited to, blurring of the vision and double vision which waxes and wanes. He has severe weakness over the right side of the body with evidence of clawing of the right hand. He has basically a non-useful right hand. He has hemi-sensory deficits over the right side of the body and severe imbalance and is a fall risk. In fact, has experienced several falls over the years. He has also experienced cognitive changes with memory deficits. As a result of his progressive disability, he is required to use a walker. Again, he does so precariously because of extremely poor balance. Because of this useless right hemi-body, he requires assistance with feeding, using the toilet, and other activities of daily living, including dressing himself. He has difficulty lifting his right leg and while he is severely weak on the right side, he also experiences poor coordination and weakness on the left side.

Mr. Shedid has not been employable and based upon the Medical University record from late 2024 he apparently had applied for disability in January of 2023. He has been tried on the multiple immunomodulating medications and intravenous monoclonal antibody therapies which have failed to arrest the progression in his course.

He continues to be actively followed in the neurology clinics at the Medical University of South Carolina. Recent examination reveals that he has diplopia right hemi-body weakness, right hemi-body sensory loss, poor axial cerebellar stability with the tendency to fall, and cognitive deficits in the form of diminished memory capacity. He has also been identified as having appendicular

Marshall Allyn White, MD
Board Certified Neurologist
Certified Brain Injury Specialist

cerebellar dysfunction with poor coordination in his upper extremities. He wears an ankle foot orthotic on the right foot because of foot drop. His gait is described as ataxic.

Mr. Shedid lives in a home with three other adults including his wife and two brothers. As Mr. Shedid requires essentially total care, the responsibility of this care is divided amongst those three adults.

Over time Mr. Shedid's course is likely to remain progressive there is little to no probability of improvement over time. To the contrary his course is most assuredly one of steady deterioration requiring higher levels of care in the future.

The above opinions are offered to a reasonable degree of medical certainty and are based upon my education, training, and 35 years of clinical experience as a Board Certified Neurologist. Please do not hesitate to contact me if you have any additional questions regarding the future medical requirements for Shedid Fathy Shedid.

Sincerely,

Marshall A White, MD
Board Certified Neurologist

# Curriculum Vitae

**Marshall Allyn White, MD**
**Board Certified Neurologist**
1470 Ben Sawyer Blvd, Suite 8, Mount Pleasant, SC  29464
Cell: 843-224-3830  Office: 843-693-9645

| | |
|---|---|
| **EDUCATION** | |
| *The Citadel, Charleston, SC* <br> **B.S. Biology** <br> Honors: Cum Laude | **1982** |
| *University of South Carolina School of Medicine* <br> **Doctor of Medicine** | **1986** |
| *W.S. Hall Psychiatric Institute* <br> **Internship in Psychiatry** | **1986-1987** |
| *Medical University of South Carolina* <br> **Internship in Internal Medicine/Residency in Neurology** | **1987/1991** |

**LICENSURE**

- SC Medical License No:  13431
- Georgia Medical License No: 35353 (Inactive)
- DEA License No: BW0514249

**CERTIFICATION**

*Board Certification in Neurology*
**American Board of Psychiatry and Neurology**
Recertified in 2016, Certification No: 40819

*Certified Brain Injury Specialist*
**Brain Injury Association of America**
Certified in 2019, Certification No: 22051

**TEACHING EXPERIENCE**

| | |
|---|---|
| *Medical University of South Carolina* <br> **Assistant Clinical Professor of Neurology** | **1997-2001** |

**WORK HISTORY**

| | |
|---|---|
| *Charleston Neurology Associates, Charleston, SC* <br> **Founding and Managing Partner** | **1991-2004** |
| *Trident Regional Medical Center, Charleston, SC* <br> **Board of Trustees** | **1996-2001** |
| *Manning Diagnostics, LLC, Manning, SC* <br> **Founding and Managing Partner** | **2004-2010** |

*Mobile Diagnostics, LLC  D/B/A:*
   *Neurology*
   *With offices in Mt. Pleasant, West Columbia & Greenville, SC*
**Founding and Managing Partner**                                    **2005-Present**

## PAST MEDICAL STAFF AFFILIATIONS

- *Carolina Pines Regional Medical Center, Hartsville, SC*
- *Tuomey Regional Medical Center, Sumter, SC*
- *Lake City Community Hospital, Lake City, SC*
- *Trident Regional Medical Center, Charleston, SC*
- *Summerville Medical Center, Summerville, SC*
- *East Cooper Regional Medical Center, Mount Pleasant, SC*
- *Colleton Regional Medical Center*
- *Roper Hospital, Charleston, SC*
- *Bon Secours-St. Francis Hospital, Charleston, SC*

## MAJOR CLINICAL INTERESTS AND EXPERIENCE

General Neurology and Electrophysiology
Psychiatric Manifestations of Neurologic Disease
Traumatic Brain Injury & Stroke
Pain Management
Neuro-radiology
Hyperhidrosis

## COMMUNITY SERVICE

*Tricounty Ministries, North Charleston, SC; Board of Directors*
**Medical Director, Healing Hands Ministries**
-Free Clinic for the homeless and underserved